JS 44 CAND (Rev. 12/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Carmen Cruz | AT&T West Disability Benefits Program, AT&T Integrated Dsability Service Center, Sedgwick CMS |

**(b)** County of Residence of First Listed Plaintiff **San Mateo**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Sam Ware, 700 Larkspur Landing Cir #199, Larkspur CA 94939.
415 464 4872

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
*(U.S. Government Not a Party)*

☐ 2 U.S. Government Defendant

☐ 4 Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 470 Racketeer Influenced and |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 840 Trademark | Corrupt Organizations |
| Student Loans | ☐ 340 Marine | Injury Product | | | ☐ 480 Consumer Credit |
| (Excl. Veterans) | ☐ 345 Marine Product | Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | Act | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | ☐ 751 Family and Medical | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | Leave Act | | ☐ 895 Freedom of Information |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 790 Other Labor Litigation | | Act |
| | Med. Malpractice | | ☒ 791 Empl. Ret. Inc. | | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | Security Act | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff | Act/Review or Appeal of |
| ☐ 220 Foreclosure | ☐ 441 Voting | Sentence | | or Defendant) | Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | **Habeas Corpus:** | | ☐ 871 IRS—Third Party | ☐ 950 Constitutionality of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | ☐ 530 General | | 26 USC 7609 | State Statutes |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | |
| | Other | ☐ 560 Civil Detainee - | (Prisoner Petition) | | |
| | ☐ 448 Education | Conditions of | ☐ 465 Other Immigration | | |
| | | Confinement | Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district *(specify)* ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
29 USC 1132 and 1104

Brief description of cause:
ERISA Disability Benefits Claim

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

## IX. DIVISIONAL ASSIGNMENT (Civil L.R. 3-2)

(Place an "X" in One Box Only) ☒ SAN FRANCISCO/OAKLAND ☐ SAN JOSE ☐ EUREKA

DATE 3/31/12 SIGNATURE OF ATTORNEY OF RECORD

1     SAM WARE (State Bar No. 105005)
      700 Larkspur Landing Circle #199
2     Larkspur, CA 94939

3     Telephone 415-464-4872
      Facsimile 415-532-2412
4     E-mail sam@samware.us

5     Attorney for Plaintiff E-filing

6

7

8

9                UNITED STATE DISTRICT COURT

               NORTHERN DISTRIC CALIFORNIA
10

11    Carmen Cruz                 ) Case No.
                            )
12                Plaintiff, )
                            ) Complaint for Benefits and for
13      vs.                     ) Breach of Fiduciary Duty
                            )
14                             )
                            )
15    AT&T West Disability Benefits )
     Program, AT&T Integrated )
16    Disability Service Center, )
     Sedgwick CMS )
17                            /
              Defendants.
18

19

20     Plaintiff alleges as follows:

21        (1) Jurisdiction of this action arises under 29 USC

22     §1132(e) [ERISA] and 28 USC §1331 [federal question];

23        (2) At all times mentioned herein, Plaintiff was a

24     participant of Defendant AT&T West Disability Benefits Program

25     (hereinafter the Plan) which was administered by Defendant AT&T

26     Integrated Disability Service Center and Defendant Sedgwick CMS;

27         (3) In or about March 23, 2011, Plaintiff became

28     disabled under the terms of the Plan. Pursuant to the terms of

     the Plan, Plaintiff was entitled to disability benefits;

    Complaint

1    (4) Defendants have failed and refused to pay Plaintiff the
2    full benefits owing under the terms of the Plan, and she is
3    entitled to recover those benefits under 29 USC §1132 (a)(1)(B);

4    (5) Plaintiff has exhausted every appeal and other
5    administrative remedy provided by the terms of the Plan and
6    ERISA, except where she has been excused from doing so, it has
7    been impossible for her to do so, and/or she has been prevented
8    from doing so.

9    (6) A dispute has arisen and now exists between the parties
10   about whether Plaintiff is entitled to continuing disability
11   benefits under the terms of the Plan, Plaintiff claiming that
12   she is entitled to benefits and Defendants claim that she is
13   not.

14   (7) In the course of handling Plaintiff claim and appeal
15   Defendants demonstrated a conflict of interest and violated
16   their fiduciary duty to Plaintiff to fully and fairly
17   investigate and evaluate Plaintiff's claim and to follow the
18   claims procedures established by ERISA by, among other things,
19   refusing to obtain and consider evidence which was reasonably
20   available to Defendants and which would have supported
21   Plaintiff's claim and by making false and fraudulent
22   representations to Plaintiff so as to mislead Plaintiff and
23   deprive her of her legal rights.

24   WHEREFORE, Plaintiff prays for the following:

25   (1) Benefits due under the terms of the Plan, plus
26   interest,

27   (2) A declaration that under the terms of the Plan
28   Plaintiff is entitled to continue to receive benefits under the

-2-

Complaint

1  terms of the Plan,

2      (3) Any and all other legal or equitable relief, including
3  injunctive, which the Court deems just and proper pursuant to 29
4  USC §1132(2) and 29 USC 1109 in order to ensure that Defendants
5  will comply with ERISA and faithfully discharge their fiduciary
6  duties to participants in the future,

7      (4) For attorneys' fees and costs.

8

9  Dated: March 30, 2012

                    Attorneys for Plaintiff
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

Complaint