J. MICHAEL NAVE (SBC 119369)
michael.nave@att.com
AT&T SERVICES, INC.-LEGAL DEPARTMENT
1215 K Street, Suite 1800
Sacramento, California  95814
Telephone:  (916) 341-3440
Facsimile:   (916) 443-6836

E-Filing

Attorneys for Defendants
 AT&T West Disability Benefits Program,
 AT&T Integrated Disability Service Center
 Sedgwick CMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN CRUZ,<br><br>             Plaintiff,<br><br>v.<br><br>AT&T West Disability Benefits Program, AT&T Integrated Disability Service Center, Sedgwick CMS<br><br>             Defendant. | CASE NO. CV 12-01630 MEJ<br><br>**JOINT MOTION TO CONTINUE THE DATE FOR DEFENDANTS TO RESPOND TO PLAINTIFF CARMEN CRUZ' COMPLAINT** |

The parties, by and through their respective attorneys of record, state as follows:

1.  Counsel for Plaintiff Carmen Cruz ("Plaintiff") and Defendants AT&T Umbrella Benefit Plan No. 1 and Sedgwick Claims Management Services, Inc. ("Defendants"), on behalf of Defendants AT&T West Disability Benefits Program, AT&T Integrated Disability Service Center, and Sedgwick CMS, have stipulated to an extension of time up to and including June 1, 2012 for Defendant to respond to Plaintiff's Complaint.

2.  Defendants have good cause to request this extension because additional time is necessary to obtain the administrative files regarding Plaintiff's short-term disability benefit claims so that Defendant may appropriately respond to the Complaint.

1  ////

2  ////

3  ////

4

5  IT IS SO STIPULATED.

6

7  Dated: April 30, 2012                    AT&T SERVICES LEGAL DEPARTMENT

8                                           By: /s/ J. Michael Nave
                                                 J. MICHAEL NAVE
9                                                Attorneys for Defendant
                                                 AT&T UMBRELLA BENEFIT PLAN NO. 1
10                                               And SEDGWICK CLAIMS
                                                 MANAGEMENT SERVICES INC.
11

12
                                             SAM WARE
13  Dated: April 30, 2012

14                                           By:    /s/ Sam Ware
                                                 SAM WARE
15                                               Attorneys for Plaintiff
                                                 CARMEN CRUZ
16

17

18

19                                                              Dated: 5/1/2012

20                            GRANTED

21                            [Signature]
                              Judge Maria-Elena James
22

23

24

25

26

27

28

JOINT MOTION FOR CONTINUANCE OF TIME TO RESPOND TO COMPLAINT
Case No. CV 12-01630 MEJ

-2-

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Sam Ware, counsel for Plaintiff Carmen Cruz, and that I have obtained Mr. Ware's authorization to affix his electronic signature to this document.

Dated: April 30, 2012

AT&T SERVICES LEGAL DEPARTMENT

By: /s/ Michael Nave
MICHAEL NAVE
Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1

#566054

JOINT MOTION FOR CONTINUANCE OF TIME TO RESPOND TO COMPLAINT
Case No. CV 12-01630 MEJ

-3-