```
1  SAM WARE (State Bar No. 105005)
   700 Larkspur Landing Circle #199
2  Larkspur, CA 94939

3  Telephone 415-464-4872
   Facsimile 415-532-2412
4  E-mail sam@samware.us

5  Attorney for Plaintiff

6
   J Michael Nave (SBC 119369)
7  micheal.nave@att.com
   AT&T SERVICES INC. - LEGAL DEPARTMENT
8  1215 K St. Suite 1800
   Sacramento, CA 95814
9  Telephone: 916-341-3440
   Facsimile: 916-443-6836
10 Attorneys for Defendant

11 AT&T UMBRELLA BENEFIT PLAN NO. 1
```

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

| Carmen Cruz | ) Case No. CV 12-01630 SI |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND JOINT REQUEST |
|  | ) TO CONTINUE CASE MANAGEMENT |
|  | ) CONFERENCE AND DEADLINE TO |
|  | ) COMPLETE ENE |
| AT&T Umbrella Benefit Plan No. 1 | ) |
| Defendants. | ) |

It is hereby stipulated and requested by and between the parties as follows:

1. The first case management conference before Judge Illston is presently scheduled for September 7, 2012 at 2:30 PM.

2. The last day to complete early neutral evaluation in this matter is presently scheduled for October 9, 2012

Stipulation and Joint Request

1   3. On August 21, 2012, Sam Ware and Michael Nave, counsel
2 for the parties, met and conferred with the assigned ENE
3 Evaluator Stephen McKae.
4   4. It was discovered during that conference that Plaintiff
5 is and will be out of the country until September 24, 2011
6   5. I was further discovered that Plaintiff's counsel has
7 two civil trials scheduled for October 2012 which will fully
8 occupy his time during that month and through November 2, 2012
9   6. Accordingly, it was agreed to present this stipulation
10 to request that the Court continue the deadline to complete the
11 early neutral evaluation session to on or before November 22,
12 2012, and furthermore to request that the Court continue the
13 case management conference to until December 2012, at the
14 Court's convenience.

Respectfully submitted.

Dated: August 21, 2012                Law Office of Sam Ware

                                      Attorney for Plaintiff

Dated: August 21, 2012                J Michael Nave
                                      AT&T Services Inc.
                                      - Legal Department

                                      Attorney for Defendant



IT IS SO ORDERED
Judge Susan Illston

- 2 -

Stipulation and Joint Request